FILED
2022 Feb-04  PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. |
| *v.* | |
| KENNETH L. FAUGHT, JR. and | |
| ARRICE K. FAUGHT, | |
| *Defendants.* | |

## COMPLAINT

1.     The United States brings this suit to collect against Kenneth L. Faught, Jr., individually, and against Kenneth Faught and Arrice K. Faught, jointly, for unpaid federal income taxes.

### Authorization

2.     This action is authorized and requested by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury. The Attorney General directed that it be commenced. 26 U.S.C. § 7401.

### Jurisdiction, Venue, and Parties

3.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1340, and 1345, and under 26 U.S.C. §§ 7401 and 7402(a).

4.     Kenneth and Arrice Faught reside in Tuscaloosa, Alabama.

5.     On information and belief, from 2007 through 2011, Kenneth Faught received income from a real estate business. From 2013 through 2016, Kenneth Faught was self-

employed, Arrice Faught worked in real estate, and the Faughts. received business income from real estate activities.

6.     Kenneth Faught, individually, and the Faughts, jointly, owe unpaid federal income tax liabilities that the United States seeks to collect.

7.     Venue is proper in the District under 28 U.S.C. §§ 1396 because a substantial part of the conduct giving rise to the United States' claim occurred in this District and the Faughts reside in this District.

### COUNT I – JUDGMENT AGAINST KENNETH FAUGHT
### FOR UNPAID FEDERAL INCOME TAX LIABILITIES

8.     Kenneth Faught has never filed a federal income tax return for 2007 through 2011.

9.     A delegate of the Secretary of the Treasury properly assessed against Kenneth Faught the income taxes for the periods shown below, on the dates and in the amounts described below. After applying any abatements, payments, or credits, these liabilities continue to have balances due that include, in addition to tax, (1) assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651; (2) penalties for failure to make estimated tax payments under 26 U.S.C. § 6654 and (3) statutory interest under 26 U.S.C. § 6601. As of January 28, 2022, the balances were as follows:

| Tax Year | Assessment Date | Amount Assessed | Balance Due |
|----------|-----------------|-----------------|-------------|
| 2007 | 1/14/2013 | $42,739.00 | $105,365.21 |
| 2008 | 2/13/2012 | $111,912.00 | $259,175.54 |
| 2009 | 1/14/2013 | $34,682.00 | $78,045.10 |
| 2010 | 1/14/2013 | $28,520.00 | $61,247.38 |
| 2011 | 6/22/2015 | $12,851.00 | $26,808.45 |
| **Total** | | | $530,641.68 |

10.     A delegate of the Secretary of the Treasury properly notified Kenneth Faught of the above assessments and made demand for payment under 26 U.S.C. § 6303.

11.     Despite notice and demand for payment, Kenneth Faught has failed to pay the liabilities owed.

12.     Kenneth Faught did not make any payment of estimated taxes for federal individual income tax liabilities for 2007 through 2011.

13.     The only credit against any of Kenneth Faught's federal income tax liabilities for tax years 2007 through 2011 was applied by the IRS to his 2008 tax year and stems from an overpayment of his 2019 tax liability.

14.     On January 28, 2022, Kenneth Faught had a balance of $530,641.68  for his unpaid federal income tax liabilities for tax years 2007 through 2011, including penalties and accrued interest. Statutory interest and penalties will continue to accrue until the liabilities are paid in full.

## COUNT II – JUDGMENT AGAINST KENNETH AND ARRICE FAUGHT FOR UNPAID FEDERAL INCOME TAX LIABILITIES

15.     The Faughts untimely filed their joint Forms 1040, Individual Income Tax Returns, for tax years 2013 through 2016, even though extensions were requested and granted, as shown in the table below.

| Tax Year | Deadline with Extension | Date Filed |
| --- | --- | --- |
| 2013 | 10/15/2014 | 03/24/2016 |
| 2014 | 10/15/2015 | 03/24/2016 |
| 2015 | 10/17/2016 | 10/17/2017 |
| 2016 | 10/16/2017 | 04/17/2018 |

16.     The Faughts' jointly-filed returns for each of 2013 through 2016 showed self-reported unpaid liabilities in the amounts shown in the table below. A delegate of the Secretary of the Treasury properly assessed against the Faughts the income taxes for the periods shown below, on the dates and in the amounts described below. After applying any abatements, payments, or credits, these liabilities continue to have balances due that include, in addition to

3

tax, (1) assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651; (2)

penalties for failure to make estimated tax payments under 26 U.S.C. § 6654 and (3) statutory

interest under 26 U.S.C. § 6601. As of January 28, 2022, the balances were as follows:

| Tax Year | Self-Reported Liability | Assessment Date | Amount Assessed | Balance Due |
|----------|-------------------------|-----------------|-----------------|-------------|
| 2013 | $27,249.00 | 5/2/2016 | $27,249.00 | $50,959.11 |
| 2014 | $17,748.00 | 7/18/2016 | $17,748.00 | $33,893.21 |
| 2015 | $34,569.00 | 11/13/2017 | $34,569.00 | $59,972.19 |
| 2016 | $38,184.00 | 5/14/2018 | $38,184.00 | $68,151.59 |
| Total | | | | $212,976.10 |

17.     A delegate of the Secretary of the Treasury properly notified the Faughts of the

above assessments and made demand for payment under 26 U.S.C. § 6303.

18.     Despite notice and demand for payment, the Faughts have failed to pay the

liabilities owed.

19.     The Faughts did not make any payment of estimated taxes for any of their joint

federal income tax liabilities for 2013 through 2016.

20.     The Faughts have never made a payment toward any of their joint federal income

tax liabilities for 2013 through 2016.

21.     On January 28, 2022, Kenneth and Arrice Faught had a balance of $212,976.10

for their unpaid federal income tax liabilities for tax years 2013 through 2016, including

penalties and accrued interest. Statutory interest and penalties will continue to accrue until the

liabilities are paid in full.

**WHEREFORE,** Plaintiff, United States of America, respectfully prays for the following:

A.     That this Court enter judgment for the United States and against Kenneth L.

Faught, individually, in the amount of $530,641.68, as of January 28, 2022, for unpaid federal

income tax liabilities, plus interest and statutory additions as allowed by law until paid;

B.     That this Court enter judgment for the United States and against Kenneth L.

Faught and Arrice K. Faught, jointly and severally, in the amount of $212,976.10, as of January

28, 2022, for unpaid federal income tax liabilities, plus interest and statutory additions as

allowed by law until paid; and

C.     That this Court grant the United States such other relief, including costs, as is just

and equitable.

Date:  February 4, 2022                          Respectfully submitted,

                                                 DAVID A. HUBBERT
                                                 Deputy Assistant Attorney General

                                                 *s/Margaret E. Sheer*

                                                 MARGARET E. SHEER
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 One Constitution Square
                                                 1275 First Street, N.E.
                                                 Room 10222
                                                 Washington, DC 20002
                                                 Telephone: (202) 307-6627
                                                 Facsimile: (202) 514-4963
                                                 Email: margaret.e.sheer@usdoj.gov

                                                 *Of Counsel:*

                                                 PRIM F. ESCALONA
                                                 United States Attorney

                                                 RICHARD E. O'NEAL
                                                 Assistant United States Attorney
                                                 Northern District of Alabama
                                                 1801 4th Avenue North
                                                 Birmingham, AL  35203
                                                 Telephone: (202) 244-2120
                                                 Email: Richard.O'Neal@usdoj.gov